# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Subpoenas to Medport LA LLC | Case No.: 2:20-cv-00552-JAD-BNW |
| | **Order Closing Case** |

The local rules of this court provide that "[a]ll civil actions that have been pending . . . for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[1] On July 1, 2020, Magistrate Judge Brenda Weksler entered an order denying without prejudice movants ABF Freight System, Inc. and Mark Eugene Massingill's motion under Federal Civil Procedure Rule 45(g) to compel MedPort LA, LLC to fully respond to a subpoena duces tecum served on it in matter styled as *James Johnson, Jr., et al. v. ABF Freight System, Inc., et al.*, Case No. 2:18-cv-01835 (N.D. Ala).[2] No renewed motion or appeal has been filed, and more than 270 days have passed without any proceeding of record having been taken in this case.

IT IS THEREFORE ORDERED that **if no action is taken in this case by July 28, 2021, the court will dismiss this case** without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
July 23, 2021

---

[1] L.R. 41-1.

[2] ECF No. 24.